

James YOCOM, Commissioner, Ky. Dept. of Labor & Custodian of Special Fund, et al., Appellants,

v.

Jack MEADOWS and Kentucky Workmen's Compensation Board, Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

Rehearing Denied Sept. 7, 1973.

Thomas L. Ferreri, Department of Labor, Frankfort, Atty. for Special Fund, for appellants.

Perry & Greene, Paintsville, for appellees.

Memorandum Opinion of the Court by Justice OSBORNE, Reversing.*

Leland MONHOLLON, Appellant,

v.

Gawinna Owens MONHOLLON and William P. Mulloy, Appellees.

Court of Appeals of Kentucky.

June 29, 1973.

Rehearing Denied Sept. 7, 1973.

William P. Hurley, Jr., Edward T. Ewen, Jr., Louisville, for appellant.

William P. Mulloy, F. Larkin Fore, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Reversing.*

Phyllis Lipski BORDORF, Co-Executrix of the Estate of Max M. Lipski, and Phyllis Lipski Bordorf, Individually, Appellants Cross-Appellees,

v.

Zeldon Avrom LIPSKI, Co-Executor of the Estate of Max M. Lipski, and Zeldon Avron Lipski, Individually, Appellees Cross-Appellants.

Court of Appeals of Kentucky.

June 15, 1973.

Rehearing Denied Sept. 7, 1973.

Foster L. Haunz, Dougherty, Gray & Haunz, Stanley J. Bordorf, Louisville, for appellants and cross-appellees.

Foster L. Haunz, Dougherty, Gray & Grafton & Sloss, Louisville, for appellees and cross-appellants.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming on Appeal, Affirming on Cross-Appeal.*

* Opinion ordered not to be published.